

**James M. Fredericks**
Direct Dial: 414-287-9126
Email: jfredericks@borgelt.com
Website: www.borgelt.com

The Pabst Boiler House
1243 North 10th Street
Milwaukee, WI 53205
414-276-3600
414-276-0172(fax)

April 28, 2026

Honorable Nancy Joseph
Federal Courthouse
517 E. Wisconsin Avenue
Milwaukee, WI 53202

> **Re:  Hader v. Erie**
> **Case No. 2:24-cv-01463-NJ**

Dear Judge Joseph:

One of the topics at yesterday's Final Pretrial Conference concerned the number of jurors hearing the case. I asked for a little time to mull, for which I thank you. This letter is to advise you that I am agreeable to 12 jurors.

Thank you.

Very truly yours,

BORGELT, POWELL, PETERSON & FRAUEN, S.C.

James M. Fredericks